UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

12 JAN -5 PM 4: 47

| | |
|---|---|
| JESUS DIAZ,<br><br>                Plaintiff,<br><br>    vs.<br><br>JOHN DOE, ET AL. ,<br><br>                Defendant. | CASE NO.11CV0553-JLS(WMC)<br><br>JUDGMENT AND DISMISSAL BY COURT UNDER RULE 4(m) F.R.Civ.P. FOR WANT OF PROSECUTION |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed as to all defendants without prejudice, for want of prosecution.

DATED: JANUARY 5, 2012

JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

ENTERED ON _____